UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL MILLET                                    CIVIL ACTION

VERSUS                                            NO. 15-452

CAROLYN W. COLVIN, ACTING                         SECTION "H" (2)
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  15th  day of    January   , 2015.

_____
UNITED STATES DISTRICT JUDGE